No. 00–1953. Spell v. Regents of the University of California et al. C. A. 9th Cir. Certiorari denied.

No. 00–1954. Smith v. Pennsylvania. Super. Ct. Pa. Certiorari denied.

No. 00–8473. Campbell v. United States. C. A. 11th Cir. Certiorari denied.

No. 00–8520. Johnson v. United States. C. A. 7th Cir. Certiorari denied.

No. 00–8608. Hallum v. Trans-State Lines, Inc. C. A. 6th Cir. Certiorari denied.

No. 00–8635. Paul v. United States. C. A. 8th Cir. Certiorari denied.

No. 00–8681. Lewis v. Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 00–8719. Orlando v. Moore, Secretary, Florida Department of Corrections. Sup. Ct. Fla. Certiorari denied.

No. 00–8775. Williams v. Smith, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 00–8877. Kimberlin v. United States. C. A. 7th Cir. Certiorari denied.

No. 00–8998. Shepard v. United States. C. A. 1st Cir. Certiorari denied.

No. 00–9035. Elgersma v. United States. C. A. 11th Cir. Certiorari denied.

No. 00–9085. Williams v. Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 00–9095. Henry, aka Jefferson v. United States. C. A. 11th Cir. Certiorari denied.

No. 00–9165. In re Neufville. C. A. 1st Cir. Certiorari denied.